UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKI FLORINCEO ALVAREZ, Sr., | No. 2:21-cv-1976 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

On November 30, 2021, the Magistrate Judge issued an order denying plaintiff's motion for an investigator, court runner, expert witness, and the appointment of counsel. On December 17, 2021, plaintiff filed a request for reconsideration of that order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 30, 2021, is affirmed and plaintiff's motion for reconsideration (ECF No. 16) is denied.

Dated: February 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE