UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKIE FLORINCEO ALVAREZ, SR., | No. 2:21-cv-1976 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

    Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 16, 2022, the Ninth Circuit Court of Appeal dismissed plaintiff's interlocutory appeal based on lack of jurisdiction. ECF No. 42.

    A review of the docket indicates that plaintiff has filed numerous motions that are pending before the court. Plaintiff has filed a motion for an extension of time to file an amended complaint. The court will grant this motion based on good cause shown. However, due to the length of the extension requested, the court will grant no further extensions of time.

    The court will deny plaintiff's motion for an extension of time to file objections to the court's February 11, 2022 screening order. ECF No. 43. A review of the docket indicates that plaintiff has already filed a 54 page objection to this order. ECF No. 40. Therefore, any additional objections would be redundant and the court denies this motion as moot.

    Plaintiff has also filed a motion for a waiver of court fees. ECF No. 38. On February 11,

2022, the court granted plaintiff's motion to proceed in forma pauperis in this case. Therefore, the pending motion is denied as moot.

**Plaintiff is additionally warned against filing multiple, repetitious motions that unduly burden the court. Should plaintiff continue to file such motions in this case, the court may limit plaintiff's filings to one pending motion at a time.**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 33) is granted.

2. Plaintiff is granted up to and including June 17, 2022 in which to file an amended complaint. No further extensions of time will be granted.

3. Plaintiff is advised that the failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed without prejudice.

4. Plaintiff's motion for a waiver of court fees (ECF No. 38) and motion for an extension of time to file objections (ECF No. 43) are denied as moot.

5. Plaintiff's motion to proceed in pro-per/pro se (ECF No. 32) is denied as unnecessary.

Dated: March 21, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/alva1976.36.misc.docx

2